BROWN v. STATE. (No. 3280.)

(Court of Criminal Appeals of Texas. Oct. 28, 1914.)

CRIMINAL LAW (§ ; 1090*)— APPEAL — QUESTIONS PRESENTED FOR REVIEW.

In the absence of a statement of facts and bills of exception, the appellate court can only review the sufficiency of the complaint and information.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from Wheeler County Court; M. M. Miller, Judge.

R. L. Brown was convicted of a misdemeanor, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of a misdemeanor, and his punishment assessed at a fine of $5.

The record before us contains neither a statement of facts nor any bills of exception; consequently no question is presented in the motion for a new trial we can review, other than the one which questions the sufficiency of the complaint and information. We have carefully considered this ground of the motion, and are of the opinion it is without merit.

The judgment is affirmed.